FILED'06 FEB 16 12:49USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ASANTE HEALTH SYSTEM dba ROGUE VALLEY MEDICAL CENTER,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL O. LEAVITT, Secretary, Department of Health and Human Services,<br><br>        Defendant. | Civil No. 05-3038-CO<br><br>ORDER |

Magistrate Judge John P. Cooney filed his Findings and Recommendation on January 26, 2006. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1 - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Judge Cooney's Findings and Recommendation. Defendant's motion to dismiss (#5) is granted, and judgment will be entered dismissing this case.

IT IS SO ORDERED.

DATED this 16th day of Feb., 2006.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE